IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SONYA KAYE KING | : | |
| FKA SONYA KAYE NEFF | : | CASE NO. 1:13-bk-02602 |
| | : | |
| | : | |
| Debtor(s) | : | |

# MOTION TO TERMINATE
# WAGE ATTACHMENT TO PAY TRUSTEE

  Comes now the Debtor, Sonya Kaye King, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on May 17, 2013.
2. The Debtor has completed plan payments and wishes to terminate the wage attachment.

  Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                                    Respectfully submitted,

                                    /s/ Kara K. Gendron
                                    _____

                                    Kara K. Gendron, Esquire,
                                    Attorney ID 87577
                                    Mott & Gendron Law
                                    125 State Street
                                    Harrisburg, PA 17101
                                    Tel (717)232-6650
                                    Fax (717) 232-0477
                                    karagendron@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SONYA KAYE KING | : | |
| FKA SONYA KAYE NEFF | : | CASE NO. 1:13-bk-02602 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SONYA KAYE KING : | |
| FKA SONYA KAYE NEFF : | CASE NO. 1:13-bk-02602 |
| : | |
| : | |
| Debtor(s) : | |

## CERTIFICATE OF SERVICE

I certify that Ithat on December 4, 2017 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| DFAS-DGG-CL<br>GARNISHMENT OPERATIONS<br>PO BOX 998002<br>CLEVELAND, OH 44199-8002 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 12/04/2017

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire,
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
karagendron@gmail.com