```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                Case No. 13-02602-HWV
Sonya Kaye King                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Dec 05, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
              DFAS-DGG-CL,    GARNISHMENT OPERATIONS,    PO BOX 998002,    CLEVELAND, OH 44199-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Sonya Kaye King DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Sonya Kaye King karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SONYA KAYE KING | : | |
| FKA SONYA KAYE NEFF | : | CASE NO. 1:13-bk-02602 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

    Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

Dated: December 5, 2017

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)